**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noah Laskys Irrevocable Minor Trust Dated May 10 2017, et al., | No. CV-21-01710-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Nationwide Private Client, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Remand (Doc. 7). Plaintiff argues the parties lack complete diversity of citizenship and, therefore, the Court lacks diversity jurisdiction over this matter. Defendants have filed a Response indicating that they do not oppose the Motion and requesting that the Court remand this matter to Maricopa County Superior Court. (Doc. 8).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (Doc. 7) is **granted**. The Clerk of Court shall remand this matter to Maricopa County Superior Court.

Dated this 22nd day of November, 2021.

Honorable Diane J. Humetewa
United States District Judge